**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

                  PLAINTIFF

v.

ARA ARTUNI,
  akas Ara Harutyunyan, Aro, Araboyi, Arabo, Santos,
ALEX AGOPIAN,
  aka Alik,
DAVIT HAZRYAN,
  akas Davo, Dav, D,
VAHAGN STEPANYAN,
  akas Vee, Vova Titov, Juha Alver, Vahan Stephanian,
     Aso Balvanov,"
ARVIN ALBERT KAZARYAN,
  akas Artur, Art,
AREG BEZIK,
  akas Elvis Narek, Narek Bezikian,
MANUK MANUKYAN,
LEVON ARAKELYAN, and
CHRISTIAN SEDANO,
  aka Bugsee,

                DEFENDANT(S)

Initial Indictment:
2:25-CR-00434-JLS
Case number to be assigned by Criminal Intake Clerk

Superseding Indictment:
_____
Case number to be assigned by Criminal Intake Clerk

## NOTICE TO COURT OF COMPLEX CRIMINAL CASE

(To be filed at the time the Indictment is filed or upon the filing of a Superseding Indictment in a case not previously identified as complex.)

☒ **Initial Indictment**
Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☒ There are eight (8) or more defendants. The number of defendants is __9__.
and

☒ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is __15__ trial days.

☐ **Superseding Indictment**
Upon a careful review of the _____ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is _____. The previous number of defendants was _____.
and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days. The previous estimate was _____ trial days.

June 1, 2025
Date

KENNETH R. CARBAJAL
Assistant United States Attorney